UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 cv 217(ARR)

Amendment

Blake Wingate
_____
_____
_____

(In the space above enter the full name(s) of the plaintiff(s).)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

v.

Defendant No. 1   Police Officer /detective Patrick Theodore

Defendant No. 2   Detective Vincent Hoosack

Defendant No. 3   Sargeant   Scott Fields

Defendant No. 4   Detective Forgione

Defendant No. 5   NEW YORK CITY   POLICE DEPARTMENT
NARCOTICS DIVISION

Jury Trial: Yes ___   No ___
(check one)

AMENDMENT / ADDENDUM
( JURY TRIAL DEMANDED )

(In the space above enter the full name(s) of the defendant(s). If
you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and attach
an additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. No addresses should be included here.)

RECEIVED
FEB 2 0 2008
PRO SE OFFICE

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff   Name   Blake Wingate
ID #   441 07 04223
Current Institution   18 18 Hazen Street
Address   A.M.K.C. FACILITY ( NOTE ADDRESS CHANGE )
EAST   ELMHURST NEW YORK 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name __Patrick Theodore__    Shield #_____
Where Currently Employed __113th preceint__
Address __167 - 02 Baisley blvd__
__Jamaica 11434__

Defendant No. 2    Name __Vincent Hoosack__    Shield #_____
Where Currently Employed __113th preceint__
Address __167 - 02 Baisley blvd__
__Jamaica N.Y. 11434__

Defendant No. 3    Name __Scott Fields__    Shield #_____
Where Currently Employed __113th preceint__
Address __167 - 02 Baisley Blvd__
__Jamaica N.Y. 11434__

Defendant No. 4    Name __Forgione__    Shield #_____
Where Currently Employed __167 02 Baisley Blvd__
Address __167 - 02 Baisley Blvd__
__Jamaica N.Y. 11434__

Defendant No. 5    Name __N.Y.C. POLICE DEPARTMENT__    Shield #_____
Where Currently Employed __113th preceint ONE POLICE PLAZA__
Address __NARCOTICS DIVISION ONE POLICE PLAZA__
__N.Y.N.Y. 10038__

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? __THIS IS NOT A Jail claim. It occured on 147th street and 123rd avenue.__ in Queens county.

B.    Where in the institution did the events giving rise to your claim(s) occur? __Not applicable__

C.    What date and approximate time did the events giving rise to your claim(s) occur? __April 04 2007 between 430 and 6 p.m.__

2

FACTS AFTER POLICE DEPARTMENT WITH THE ASSISTANCE OF THE
DISTRICT ATTORNEY OFFICE HAVE BEEN FILING FALSE AND MISLEADING REPORTS. This
IN DRUG CASES. Especially the lab reports and arrest reports This
licy has been extreme since 1996 when the A.S.C.L.D. was filed....

D. Facts: While riding my bicycle Patrick Theodore and Sargeant
Scott Fields tried to run me off of the bike. They then chased

| | |
|---|---|
| What happened to you? | me and when I hit the ground face down they started Punching and kicking me. The deponent was laying face down. The officers did handcuff the deponent and kept hitting him in the head back and facial area see photo... |

| | |
|---|---|
| Who did what? | Then OFFicer Forgione came and joined in with them. Vincent Hoosack did nothing to stop them from beating the deponent. The sargeant broke his hand (scott fields ) punching the deponent in the head. |

| | |
|---|---|
| Was anyone else Involved? | The narcotics division uses forced arrests to boost officers to detective status. It is the quickest way to become a detective or a superior officer. The narcotics officers file false arrest reports as a common trend. THis policy has been going on for years and no one deals with it. The deponent was also sprayed with mace while he was handcuffed laying on the floor. . THe use of mace on a captured handcuffed prisoner is forbidden. However this has |

| | |
|---|---|
| Who else saw what happened? | also happened to other detainees , such as (Martin England) AND WE ARE Queens Residents. see annexed EXHIBIT... James Blair Falsifying police reports is deemed as T E S T I L Y I N G and |

was identified as such in the dirty 30 scandle.
So far a witness by the name of Marquis Brooks has come forward.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical
treatment, if any, you required and received. Black outs , headaches back and
face pain. The hospital ordered catscans but has not enforced
the issue. Plus the deponents right foot was broken .
Left side of face swollen. The black outs still come and go
Plus I fear comming home only to be harrassed further. Note
sargeant Scott Fields is a defendant in another claim under
05cv 1872. HIs assault is deemed tampering with a federal witness.
The officers reports declare the deponent made no assaultive
behavior in arrest number I was beat for evidence...

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be
brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a
prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are
available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No XX

E.    If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

 1.    Parties to this previous lawsuit:
 Plaintiff    Blake Wingate
 Defendants   qns d.a./ n.y.c. police department/N.Y.C.D.O.C.
 2.    Court (if federal court, name the district; if state court, name the county)
 SOUTHERN DISTRICT COURT
 3.    Docket or Index number   05 cv 1872
 4.    Name of Judge assigned to your case  Debra C. Freeman
 5.    Approximate date of filing lawsuit   2005 november
 6.    Is the case still pending? Yes  xx  No
 If NO, give the approximate date of disposition
 7.    What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)   still pending as the appeal of the conviction is still pending in the 2nd dept. for over 2 years. an order by Appellate div was issued to cause representation of the appeal properly.

On other claims

D.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
 Yes xx   No

E.    If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)  they were filed for eastern district relief. they were not on file as of the date of the original filing of this claim...
 1.    Parties to this previous lawsuit:
 Plaintiff    Blake Wingate
 Defendants   wardens of N.Y.C.D.O.C. ,COMMISSIONER HORN
 2.    Court (if federal court, name the district; if state court, name the county)
 SOUTHERN DISTRICT
 3.    Docket or Index number   07 cv 8679
 4.    Name of Judge assigned to your case   (RMB)
 5.    Approximate date of filing lawsuit   AUGUST 2007
 6.    Is the case still pending? Yes  xxx  No
 If NO, give the approximate date of disposition
 7.    What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  corporation counsel asked for a conferance based upon failure to exhaust the grievance mechanism.But It was a medical emergency and the dfeponent used all of the grievance procedures in the jail medical grievance procedure is a procedure with less steps to complete and it worked I was granted, heat sensitive housing..

(4)

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). NO

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes XXX  No ____  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No ____  Do Not Know XX

if YES, which claim(s)? _____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes ____  No ____  Do Not Know XXX

If YES, which claim(s)? _____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No ____   NOT APPLICABLE

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No ____   NOT APPLICABLE

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? C.C.R.B. and Internal affairs departments and Public advocate.

1. Which claim(s) in this complaint did you grieve? THe assault by the police officers ,sargeants and detectives.

2. What was the result, if any? still pending, some of the complaint substantiated, exonorated , etc..

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. The police department and the queens supreme court are still addressing the issue.Ia.b. handed downthe complaint to C.C.R.B.. They closed the case before the witness Marquis Brook-s- was contacted. Then reopened and closed again. I.A.B. asked the deponent to accept a plea on the case. I cannot because I was falsely arrested and charged with possession of controlled substance in February of 2007,.and now again in April 2007. The lab report in feb. was non existant. But the officer in that arrest falsely testified , to parole ...

T E S T I L Y I N G is common policy in Narcotics division of POLICE PLAZA . IN ALL preceints...

( 5 )

G.    If you did not file a grievance, did you inform any officials of your claim(s)?
Yes **xx**   No _____

1.    If YES, whom did you inform and when did you inform them? Police
headquarters chief Raymond Kelly. Internal affairs
Public advocate, Inspector general office. Attorney
general office.

2.    If NO, why not? _____

_____
_____
_____

I    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. The deponent has filed the complaints of which are now
in the possession of the POLICE DEPARTMENT AND C.C.R.B. THE
Queens district attorney also has copies of the reports, but
they condone the officers actions including the cover up .
I fear for my life and thus refused to be released on a plea
for parole and the arrest case. NOTE  the district attorney
of queens is also in the 05cv 1872 claim for filing false reports also

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.    **Relief:**
State what you want the court to do for you. I need an immediate order of protection.
damages for 100,000.000 dollars. However I continue to have
blackouts. and what ever is deemed just and proper and equitable
I request a jury trial. To apply injunctions as necessary.
To develop an expungement procedure in the COURT OF ADMINISTRATION
AS THERe are no means of expungement . False reports are full
in my record and they need to be erased ..To appoint a federal
monitor to the N.Y.C. POLICE DEPARTMENT NARCOTICS DIVISION.
*************************************************************
This amendment is based upon newly discovered information which was
obtained by the petitioning plaintiff  after he filed the original claim
and before the  Court  transferred the case to the Eastern District.
The plaintiff Blake Wingate sought to notify the court of the additional
facts and was notified of the transfer. Please accept as an amendment or
an addendum. ********************************************* I also ask tha
legal fees or lawyers be employed for expenses and time..Intentional

VI.    **Previous lawsuits:**  infliction of emotional distress!!!

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
action?

Yes____  No xxx  ( only the false reports...) but it was a
case from all of my past...

6

THIS AMENDMENT WAS MADE BECAUSE I found out the officer whom broke his hand was sargeant fields by c.c.r.b. reports. and THE DEPONENT HAD TO ADD THE NAMES OF THE ADDITIONAL OFFICERS AND CLARIFY THE FACT THAT THE FALSE ARRESTS ARE A POLICY...

Signed this 30 day of _____january_____, 20o8  I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff

Inmate Number          441 07 04223

Mailing address         18 18 Hazen STreet
                        East Elmhurst New york
                        11370

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __30__ day of __January__ 202008, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff

Blake Wingate 4410704223
18 18 Hazen Street
East Elmhurst New York 11370

( 7 )

7

rev. 09/04

# CLAIM AGAINST THE CITY OF NEW YORK
## PERSONAL INJURY

This claim must be filed  either in person or by registered or certified mail within 90 days from the date of occurrence at the Office of the Comptroller, Municipal Building, Room 1225 1 Centre Street, New York, N.Y. 10007.

To The Comptroller of The City of New York: I herewith present my claim against the City of New York.
### TYPE or PRINT INFORMATION
### PERSONAL INFORMATION

| | First | Age | Date of | Birth | 09 /07/ 63 | If Married, Spouse's Name |
|---|---|---|---|---|---|---|
| Name Of Last Claimant | | 43 | | | Month Day Year | |

England Martin

| Address | Number & Street | City (Borough) | State | Zip | Home Phone |
|---|---|---|---|---|---|
| 18-18 Hazen St. | | East Elmhurst, N.Y. | | 11370 | (   ) NONE |

### ACCIDENT INFORMATION

| Date Of Accident 3 /1 /07 Month Day Year | Exact Location Of Accident | In the vicinity of 147-14 Archer Ave. Jamaica, NY. |
|---|---|---|

| Time 2:00 | [ *] AM [ ] PM | Describe How Accident Happened: | The Police Officer's beat me up when I was hand cuff on the ground, thy also sprayed me with mase in my eye, an down my throat, stomp, and hit me in my head with thy wlakietlake |

| | If Yes, Give Name, | LAST | FIRST |
|---|---|---|---|
| Was There a Witness to Accident? | [x]Yes [ ] No | Gonzalez | Jose |

| Address & Phone No. of Witness | | CITY (BOROUGH) East Elmhurst, NY | STATE | ZIP 11370 | PHONE (   ) |
|---|---|---|---|---|---|
| AMKC (C-95)/18-18 HAZEN Street | | | | | |

| Were Police Present at Accident | [X] Yes [ ] No | Name Of Police Officer | LAST Leroy | FIRST Ernest | BADGE # 05056 | PRECINCT 103 rd pt. |
|---|---|---|---|---|---|---|

### MEDICAL INFORMATION

| Where Was First Medical Treatment Received? | ELMHURST GENERAL HOSPITAL | Date Of First Treatment 3 /03 /07 Month Day Year |
|---|---|---|

| Was Claimant Taken to Hospital By Ambulance? | [X] Yes [ ] No | Was Claimant Treated In Emergency Room? | [X] Yes [ ] No | Was Claimant Admitted To Hospital? | [ ] Yes [ ] No | If Yes, Give Dates From       To |
|---|---|---|---|---|---|---|

| Name of Doctor Treating Injury | NAME NOT KNOWN | Address Of Doctor | ELMHURST GENERAL HOSPITAL Number & Street   City (Borough)    State | Zip |
|---|---|---|---|---|

Describe Your Injury In Detail  SEVERE HEAD TRAUMA, PARTIAL PARALYSIS TO UPPER RIGHT EXTREMITY POST TRAUMATIC EPISODES

### EMPLOYMENT INFORMATION

| Indicate Status At Time of accident | [ ] Employed [X] Unemployed | [ ] Housewife [ ] Retired | If Employed: Weekly Salary $ | Lost (If any) | Number of Working Days |
|---|---|---|---|---|---|

| Employer's Name | | Social Security # | | Amount Of Pay Lost (If Any)  $ |
|---|---|---|---|---|

| Employer's Address | Number & Street | City (Borough) | State  Zip | Phone |
|---|---|---|---|---|

See Attach

**DOCTOR AND HOSPITAL EXPENSES**

| Amount of Doctor Bills If Any $_____ | Are Bills Submitted With Claim [ ] Yes [ ] No | Amount of Hospital Bills If Any $_____ | Are Bills Submitted With Claim [ ] Yes [ ] No |

**COMPLETE THIS SECTION IF ACCIDENT INVOLVED NYC OWNED VEHICLE**

| Was Claimant the Owner of Vehicle Involved in Collision? | [ ] Yes [ ] No | If No: Owner's Name | Last | First |

| Owner's Address | Number & Street | City (Borough) | State | Zip | Was Claimant the Driver of the Vehicle? [ ] Yes [ ] No | Was Claimant a Passenger? [ ] Yes [ ] No |

**NYC VEHICLE AND DRIVER INFORMATION**

| Name of NYC Driver | Last | First | NYC License Plate Number |

| Employed By (Provide Name of City Agency) | | TOTAL AMOUNT CLAIMED AS DAMAGES FOR ACCIDENT $20,000,000 |
| Department | | |

Date _May 4th 2007_                Signature of Claimant X _Martin England_

**STATE OF NEW YORK**
**COUNTY OF** _BRONX_

I, _Martin England_, being duly sworn deposes and says that I have read the foregoing NOTICE OF CLAIM and know the contents thereof; that same is true to the best of my own knowledge, except as to the matters there stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of Claimant X _Martin England_

If Claim is Not Settled, You Must Start Legal Action Within One Year and 90 Days From Date of Accident.

NOTARY PUBLIC STAMP

Sworn to before me this _4th_ day of _May, 2007_

Signature of Notary Public _____

Falal O. Lawal
Notary Public, State of New York
No. 02LA6135963
Qualified in Queens County
My Commission Expires October 24, 200_7_

Mart̃i England # 441-07-02644
18-18 Hazen Street (C-95)
East Elmhurst, New York 11370

Affidavit of Facts
Additional Complaint

On the date of 3/1/07 at 2:00 pm I Martin England was in the vic-
inity of 147-14 Archer Ave. Jamaica, New York. 11435, was thrown
to the ground , and handcuffed then beaten by several Police
Officer's, I was stomp on, also hit in the back of my head with
a blunt instrument at the same time I was being sprayed with mace
all in my face, my eyes, also in my mouth, and down my throat to
the point were I coulding bearth!, I throuht, I was going to die
out there on the street, by the hand's of the Police!, since this
beating took places I've had serious flasbacks I'am also suffer-
ing from Numbness, Tingling, and Weakness in my arm, I'm having
difficulty waking from sleeping, with increased confusion! which
accored from Head Trauma, in which I suffered from this beaten..
I'am also seeing a Physic for Acute Stress Disorder, I've been
also diaqnosit with Post Tarumatic Stress Disorder, in which I'am
taking Mental Health Medication for these Disorder's, that I'am
now suffering from!... ·

To name the Officer's in this Complaint; Police Officer: Leroy
Ernest, Badge #05056, and Jonh Doe's of the 103rd Pct. those
Officer's of that team, that took part in beaten me, on that day
is to be named!....

Date 5-10-07                    Signature x _Martin England_

Sworn to before me this 10th day of MAY 200?
Signature of Notary Public _____

Hamilton King
Notary Public, State of New York
No. 01KI5080975
Qualified in Kings County
Commission Expires June 30, 200?

THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

## WILLIAM C. THOMPSON, JR.
### COMPTROLLER

015-151

Date:  5/31/2007
RE:  Acknowledgment - Tort
  MARTIN ENGLAND #441-07-02644
Claim number:   2007PI014996

MARTIN ENGLAND #441-07-02644
18-18 HAOZEN STREET
EAST ELMHURST, NY 11370

    Receipt is hereby acknowledged of your claim. Please refer to the above claim number on any correspondence or inquiry you may have with this office.

    Your claim is currently under investigation.  Please be aware of the fact that we receive thousands of claims each year.  Once we have completed our investigation, we may be in a position to make a settlement offer.  It is also possible, however, that we will not.  If we are unable for any reason to settle or resolve your claim and you wish to pursue your claim, you may bring a lawsuit against the City, if it is **started within one year ninety days from the date of the occurrence.**

    Please note that property damage claims can take several months to investigate because, as part of our investigation, we must obtain necessary reports.  We would appreciate it if you take this into account before calling us regarding the status of your claim.  If, however, you have any other questions regarding your claim, please feel free to contact us.

Michael Aaronson
Bureau Chief
Bureau of Law and Adjustment

Martin England #441-07-02644
18-18 Hazen Street
East Elmhurst, NY 11370
Nov. 24, 2007

Civilian Complaint Review Board
40 Rector Street, 2nd. Flr.
New York, NY 10006

Re: Excessive and Unnecessary Force

To Whom It May Concern:

On or about March 1st, 2007, I was approched from behind by Police
Officer Ernest Leroy-Shield #5056-Narcotic Borough Queens Squad and
other officers to be named John Doe#1 through John Doe #4, working
out of the 103rd Precinct and assulted by these individuals named
aboved.

In the vicinity of 147-14 Archer Ave. Jamaica, NY said police officers
did approched me from behind without identifying themselves and
commenced to throw me to the ground and spray me with mase in' my eyes
and stomped and hit me in my head with their Walkie Talkie. I was
handcuffed while laying on the ground these same officers continue
to kick and mase me.

Please accept this letter as an offically Complaint againstthe
Police officers names above.

Yours,

Martin England

*Martin England*

Blake Wingate
**441 07 04223**
18 18 Hazen Street
East Elmhurst New York 11370

Honorable  Magistrate Debra C. Freeman
UNited States District Court
Southern District Court of New York
500 Pearl Street
NEW YORK NEW YORK  10007

WINGATE V GIVES ET.AL.
Index No. 05civ 1872

Honorable Justice Freeman,

I am Blake Wingate the plaintiff in the aforementioned action . I received a response to the request for an  **ORDER OF PROTECTION**  FROM A DEFENDANT IN OUR CLAIM OF WHICH IS  a police sargeant in the 113th preceint named Saegeant Fields.

Sargeant Fields orchestrated an attack upon the deponent in which I am now receiving Blackouts.  The tangential connection of which the corporation relates is a direct connection to the plaintiff Blake Wingate.  He was assaulted directly and not (tangentially) by sargeant fields **and**  his friends. Sargeant Fields initiated the assault and the arrest , but did not file any of the police reports. He passed the case , violating **POLICE PATROL GUIDE RULE** 208-20  . ***
***
ON page 443 of the 2007 Police Patrol Guide of New York. The fact remains is that SARGEANT Fields conduct was totally unprofessional and the C.C.R.B. has already been cited and made publically known for excusing abusive conduct by N.Y.P.D... see news paper article of the Daily News by Kirsten Danis From Aug to Oct. This infor-mation is also on-line.

( 1 )

Pursuant to 18 U.S.C.S. 3144, Sargeant Fields is a hostile material
witness , of which has been cited for previous  violations for his
illegal searches and arrests. The fact that we are in a FEDERAL
Prosecution for another illegal arrest and then he orchustrates a
second illegal arrest and assault against this deponent causing
the deponent to be incarcerated  for a felony and misdemeanor, is
a question of his actual state of mind. The remaining factor is
the deponent Blake Wingate refused to be released because he would
have been released  into his (sgt. fields) preceint the 113th...
The assault on the deponent was a mystery until he received the
actual C.C.R.B. reports as he does not recall seeing Sgt. Fields.
His identification remained a mystery as far as facial because he
never had a meeting with the deponent as he was supposed to  in
the investigation of the prior case, and my memory is very bad
based upon the beating.
The deponent Blake Wingate was scheduled to go home in July of
of 2007.But not knowing whom caused the assault caused him;he re-
fuse the release from Parole and the Case itself in order to be
protected from further abuse. The felony charges were dismissed
in less than 1 month. Thus an A misdemeanor only carries a 1 year
sentence. THe 1 year is almost up and He will have to leave jail
soon . The citation of C.P.L. of N.Y. sec. 530.13 People v Debo
234 a.d.2d 944 does not override the fact that we are also in a
Federal litigation of which the civil crimes are also federal crimes.
For instance , false arrest and incarceration leading to peonage
violations is cause for 18 U.S.C.S. 1581-1595, of which no judge  or
party is immune from prosecution.

( 2 )

The civil procedure for the same incident is listed under 42 U.S.C.S. 1994.. The crime of peonage was completed as the said plaintiff Blake Wingate was convicted illegally for a crime of which was committed by another person , known to the prosecutor and the arresting officers and they still persecuted the defend -ing petitioner . **THE APPEAL  IS STILL ILLEGALLY PENDING PAST THE 2 YEAR LIMIT.** 13th amendment U.S.C... Santiago v Philadelphia 435 F.SUPP. 136.. and there has always **been concurrent jurisdiction of State and FEDERAL COURTS in prosecutions of this violation of this section  UNITED STATES V Mc Clellan 127 F 971...**

The deponent respectfully stated he is an intimidated witness in all of his cases and not only his criminal trial , and the source of intimidation is a Police Sargeant with a gun and a terror team of officers whom also have guns and they already beat the deponent to the point that the sargeant broke his hand while beating the defendant.

The claim of the issue of orders of protection only for people that may be subjected to danger , bodily harm or annoyance  from another is completely correct and I suffer from it and have been suffering from the said act since 2003... **People v SMITH 4 Misc 3d 909 , 782 NYS2d 596.**

 The credible reason for the assault is for the deponent to be silent ]against SGT Fields or more will come. I recently was released in Feb. of 2007 for another unlawful arrest for possession of drugs in the 113th preceint and there were no lab reports. but I had to take disorderly conduct in order to be released. I am tired of giving out convictions for non existant crimes.

( 3 )

18U.S.C.S. 1513 specifically details the illegal conduct of sgt. fields and for the corporation counsel to omit this fact shows extreme prejudice to the health and well being of the deponent and may constitute a conspiracy for committing a hate crime..

I Blake Wingate hereby request a hearing with Sargeant Fields to determine the conduct expressed herein and for such other and fur -ther  relief as deemed to be just and proper.

Wahad v F.B.I. ***   131 FRD 60  aff  132 FRD 17 ... et.al...

Blake Wingate

SWORN TO BEFORE ME THIS 26th DAY
OF January 2008

Notary Public

Fatai O. Lawal
Notary Public, State Of New York
No. 02LA6155583
Qualified in Queens County
My Commission Expires October 23, 2009

( 4 )

AFFIDAVIT   OF   SERVICE
BY UNITED STATES MAIL

STATE OF NEW YORK
COUNTY OF BRONX

Blake Wingate duly sworn deposes and says under the penalty of

perjury in the United States that he has placed and submitted the

following papers to the united states court and the aforementione

-d- people listed herein as the deponent rebuts the dismissal of

his request for an ORDER OF PROTECTION.

That the deponent mails said information from the 18 18 Hazen str

-eet location in East Elmhurst New York 11370 , known as the A.M.

K.C. facility  on rikers island.

That said property will be mailed on this _28_ day of January 2008

by placing said mail in the mailroom  located in the main corridor

of determined building.

SOUTHERN DISTRICT OF NEW YORK
500   Pearl Street
NEW YORK NEW YORK 10007
PRO-SE CLERK

SOUTHERN DISTRICT COURT
Magistrate Judge Debra C. Freeman
500 Pearl Street
NEW YORK NEW YORK 10007

NEW YORK CITY LAW DEPARTMENT
100 Church Street
NEW YORK NEW YORK 10007
Chevon Andre Brooks (CB1616)

CHRISTOPHER L. VanDe Water
Attorney General
120 Broadway 24th floor
NEW YORK NEW YORK 10271


Blake Wingate
441 07 04223
18 18 Hazen Street
East Elmhurst New York 11370

SWORN TO BEFORE ME THIS _26th_
DAY OF   January 2008

Notary Public

Estel O. Lawal
Not_____ ___lic, State Of New York
_____2LA0135586
___ _n Queens County
_____xpires October 24, 200_

( 5 )



Blake Wingate
441 07 04223·
11 11 Hazen Street
East Elmhurst New York 11370

JANUARY 03, 2008

UNITED STATES CLERK OF THE COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201
Honorable  Pro-se clerk


Please take notice the deponent BLake Wingate filed a claim under

1983 approximetely 4 months ago áto,this facility. The claim is

against  POLICE OFFICER Theodore Patrick and three other officer

(s) whom assaulted the deponent. The deponent has received the

C.C.R.B. REPORTS AND NOW HAS THE FULL EXPLANATION AND INJURY OF

all of the participants as well as the correct person that has the

injury.

Wherefore the deponent asks for a phone conferance or permission

to amend the complaint.

The complaint has not received a docket number since it has been

filed and the deponent is seeking to prevent congestion and or

misappropriation..


Please notify the deponent of any changes ...the status of the

filed complaint and any other information the deponent needs to

follow up on the issue. A copy is being forwarded to the SOOUTHERN

DISTRICT AS WELL BECAUSE THE DEPONENT CANNOT RECALL WHICH COURT

HE FILED IT IN.  I have been suffering from BLACKOUTS AND AWAIT

CATSCANS TO DETERMINE THE DAMAGE TO MY BRAIN...

C.C. SOUTHERN DISTRICT COURT
     PRO_SE CLERK INTAKE OFFICE
     500 pearl  n.y.n.y. 10007



THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

## WILLIAM C. THOMPSON, JR.
### COMPTROLLER

015 - 158

Date:   12/11/2007
RE:  Disallowance - Insuff. Proof
  JAMES BLAIR 2410611814
Claim number:   2007PI032311
Agency: DEPT. OF CORRECTION

JAMES BLAIR 2410611814
11-11 HAZEN ST
BRONX, NY 11370

    Your claim has been disallowed.  You failed to provide one
of the following items:  the date, location and description of
the alleged accident and the manner in which the claim arose, as
required by General Municipal Law Section 50-e.

    If you wish to pursue your claim you must start an action
within one year and ninety days from the date of occurrence.

    If you have been scheduled for a Comptroller's hearing
pursuant to General Municipal Law, Section 50-h) you should deem
the hearing canceled.

                                    Bureau of Law & Adjustment
                              By: _Vana Baptiste_____

PERSONAL INJURY
(212) 669-4445

# CIA trashed terror grilling tapes

**BY LEO STANDORA**
DAILY NEWS STAFF WRITER

THE CIA VIDEOTAPED interrogations of two top terror suspects that used techniques denounced as torture and then destroyed the tapes so they couldn't be leaked to the public, it was revealed yesterday.

CIA Director Michael Hayden said the videos were shot in 2002 and destroyed three years later after the Abu Ghraib prisoner-abuse scandal in Iraq surfaced.

He said they were destroyed so the identities of the questioners would not be compromised.

The agency began taping interrogations as an internal check after President Bush authorized the use of harsh questioning methods.

## Vids showing harsh methods called 'security risk' if leaked

In a letter to his staff, Hayden wrote that the tapes were destroyed in "an absence of any legal or internal reason to keep them."

He said they "posed a serious security risk," and explained, "Were they ever to leak, they would permit identification of your CIA colleagues who had served in the program, exposing them and their families to retaliation from Al Qaeda and its sympathizers."

The stunning disclosure brought immediate condemnation from Capitol Hill and a human rights group that charged the spy agency's action amounted to criminal destruction of evidence.

The Senate Intelligence Committee promised a full review of the situation.

The CIA said it had taped only the interrogation of the first two terror suspects in its custody, one of whom was Abu Zubaydah, who talked about alleged 9/11 accomplice Ramzi Binalshibh.

Zubaydah's information and the subsequent arrest of Binalshibh led to the capture in 2003 of Khalid Shaikh Mohammed, the purported mastermind of the 9/11 attacks, officials said.

With News Wire Services
*lstandora@nydailynews.com*

nydailynews.com

DAILY NEWS

Wednesd...

22

14

# NYPD BIG IN ARREST QUOTA FIX

## Capt. allegedly caught ordering cops to meet monthly goals & fudge stats

AN NYPD captain was allegedly caught on tape ordering cops to meet arrest quotas and falsify crime reports, the Daily News has learned.

**EXCLUSIVE**
**BY ALISON GENDAR**
DAILY NEWS POLICE BUREAU CHIEF

Kieran Creighton, commander of the NYPD Housing Police Service Area 8 in the northern Bronx, is under investigation for a tirade that went out over the police radio, sources said.

The incident allegedly occurred in the spring when Creighton ordered at least eight members of an undercover anti-crime team to a meeting in Pelham Bay Park to berate them about an alleged lack of arrests, sources said.

"You can't make the nine collars a month, then we'll all have to go our separate ways," Creighton told the officers, according to an internal complaint obtained by The News.

Anything less than nine arrests would be a "personal slap in the face," Creighton allegedly said.

Creighton then told the cops to "finagle" the times of arrests so any overtime was paid for by a federally funded anti-drug program, the complaint alleges.

Unbeknownst to Creighton, one officer had his NYPD radio switched on — so the captain's 10 to 12 minute speech was broadcast to Bronx precincts in Morrisania and Schuylerville and taped by a 911 dispatcher.

"Your entire conversation with the C.O. [commanding officer] just got broadcast over the radio," came a frantic call from the PSA desk officer to one of the cops attending the May 15, 2007, meeting in the park, according to the complaint.

One officer summoned to the park filed a complaint with the NYPD's Internal Affairs Bureau on Sept. 12, sources said. On Monday, five of the officers at the meeting were debriefed by IAB about the incident.

"All you have to do is go to the tape and see what was said. Very simple," a police source said. "But so far, the brass doesn't want to tough up the tape."

A high-ranking source confirmed that the complaints were being investigated but countered that the tape contained nothing damning. The source also said underlings routinely complain that higher-ups are pushing quotas and juggling crime statistics even when neither claim is accurate.

The allegations stemming from the meeting were among a laundry list of complaints filed against Creighton by his subordinates. At least one sergeant complained that Creighton was trying to suppress the number of felony crimes reported by having supervisors reinterview victims, the complaint alleges. The goal was to turn felony complaints into misdemeanors, sources said.

Creighton repeatedly told subordinates that it was his "job to keep crime down."

"The captain would say, 'Are you sure the victim was really assaulted? Maybe the victim got cut with a fingernail, not a knife. Once is a joke. Over and over is a pattern," a police source said.
*agendar@nydailynews.com*

# Tawdry massages add

**BY RICHARD WEIR**
DAILY NEWS STAFF WRITER

THE ALREADY bizarre Long Island slavery trial got weirder yesterday when the Indonesian maid allegedly held against her will testified she was ordered to massage her employers when they were in bed together.

"I was massaging her when the mister was on top of her. The room was all dark. I couldn't see," the maid, who goes by the single Indonesian name Samirah, testified.

She said she massaged her mistress, Varsha Sabhnani, 45, after she underwent gastric bypass surgery. Her husband, Mahender

Sabhnani, 51, was ap...

"He would crawl while you were ma...fense lawyer Stepha...federal court in Cen...

"Yes," answered ...at least once, Mahe...and told her to mas...ny moved to other ...tails of the bizarre...

Samirah has all...beaten, starved, s...landish ways by th...legedly enslaved b...

*PRO SE* OFFICE
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

**J. MICHAEL McMAHON**
CLERK OF COURT

Date: February 6, 2008

The enclosed papers are being returned to you for one or more of the following reasons checked below.

[ ]  Papers cannot be filed without an original signature. A xerox copy of your signature or documents without a signature are not acceptable.

[X]  These papers appear to be intended for another court or agency.

[ ]  Papers cannot be filed without proof that they have been served on your opponent(s) or their attorney(s). This office **will not** forward copies of your papers to your defendants or their counsel. Please note that a "cc" on the bottom of your papers is not sufficient proof of service. You may use your own form or the one enclosed. Please indicate the document(s) you served on your affirmation of service.

[ ]  Your complaint or petition is undergoing judicial review. Once a docket number and judge is assigned you will be notified by mail. No further papers can be accepted for filing until your case has received a docket number and a judge.

[ ]  You did not include your filing fee or *In Forma Pauperis* Application or the filing fee of $_____ (which must be paid in case, certified check or money order made payable to the Clerk of the Court, U.S.D.C.-S.D.N.Y.). **Personal checks are not accepted.**

[ ]  Each plaintiff must sign the complaint and each plaintiff must submit a separate *In Forma Pauperis* application, to have the filing fee waived.

[ ]  Your application to waive the fees does not contain enough information for the Court to consider your request. Please fill our the enclosed *In Forma Pauperis* application. If you are presently incarcerated, be especially careful to answer question number two (2) on the form. If you have never worked you must state this as your answer to this question.

[X]  **Other:** See enclosed docket sheet for the District Court for the Eastern District of NY.

Sincerely,

*PRO SE* OFFICE
(212) 805-0175